[Cite as *Igou v. Ohio Dept. of Transp.*, 2011-Ohio-4371.]

 Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ASIAH IGOU

    Plaintiff

    v.

OHIO DEPARTMENT OF
TRANSPORTATION

    Defendant

Case No. 2011-02344-AD

Deputy Clerk Daniel R. Borchert

<u>ENTRY OF DISMISSAL</u>

{¶1} On February 14, 2011 and March 18, 2011, plaintiff was ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court order. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Asiah Igou
6995 Treebourne Drive
Reynoldsburg, Ohio 43068

Ohio Department of Transportation
1980 West Broad Street
Columbus, Ohio 43223

DRB/laa
Filed 5/26/11
Sent to S.C. reporter 8/26/11